# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0642
Lower Tribunal No. 2024-SC-043405

_____

SAMANTHA GARDNER,

Appellant,

v.

ORLANDO HEALTH CORPORATE,

Appellee.

_____

Appeal from the County Court for Orange County.
Carly S. Wish, Judge.

August 22, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Samantha Gardner, Orlando, pro se.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED